AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

)
)
)
INTEGRITY ELECTRONICS, INC.                                  )
)
*Plaintiff(s)*                                                )
)
v.                                                           )   Civil Action No.
)
GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; )
CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN;            )
MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN, and                )
DIGITAL WORLD CAMERA & ELECTRONICS, INC.                     )
)
*Defendant(s)*                                                )
)

## CV 14 - 3197

COGAN. J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **MORRIS ELMANN**
2412 Ocean Parkway
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **MAY 2 2 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| INTEGRITY ELECTRONICS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN; MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN; and DIGITAL WORLD CAMERA & ELECTRONICS, INC. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

**CV 14 - 3197**

Civil Action No.

**COGAN, J.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**CHARLES & MIRA ELMANN REALTY LLC**
1304 North Broad Street
Hillside, NJ 07205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **MAY 22 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

INTEGRITY ELECTRONICS, INC.

*Plaintiff(s)*

v.

GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.;
CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN;
MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN; and
DIGITAL WORLD CAMERA & ELECTRONICS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)



CV 14 - 3197

Civil Action No.

COGAN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**GARDEN STATE DISTRIBUTORS, INC.**
1304 North Broad Street
Hillside, NJ 07205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date **MAY 2 2 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

|  |  |  |
|---|---|---|
| INTEGRITY ELECTRONICS, INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | **CV 14 - 3197** |
| v. | ) | Civil Action No. |
| GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; | ) | |
| CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN; | ) | |
| MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN, and | ) | |
| DIGITAL WORLD CAMERA & ELECTRONICS, INC. | ) | COGAN. J. |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **SOLLY ELMANN**
2412 Ocean Parkway
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **MAY 2 2 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

INTEGRITY ELECTRONICS, INC.

*Plaintiff(s)*

v.

GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.;
CHARLES & MIRA ELMANN REALTY LLC;  CHARLES ELMANN;
MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN; and
DIGITAL WORLD CAMERA & ELECTRONICS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

CV 14 - 3197

Civil Action No.

COGAN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**G.S.D. MARKETING GROUP, INC.**
1304 North Broad Street
Hillside, NJ 07205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:**MAY 2 2 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

|  |  |
|---|---|
| INTEGRITY ELECTRONICS, INC. | ) <br> ) |
| *Plaintiff(s)* | ) <br> ) |
| v. | ) |
| GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; <br> CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN; <br> MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN; and <br> DIGITAL WORLD CAMERA & ELECTRONICS, INC. | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

**CV 14 - 3197**

Civil Action No.

COGAN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DIGITAL WORLD CAMERA & ELECTRONICS, INC.
1304 North Broad Street
Hillside, NJ 07205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **MAY 22 2014**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| INTEGRITY ELECTRONICS, INC. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; | ) |
| CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN; | ) |
| MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN, and | ) |
| DIGITAL WORLD CAMERA & ELECTRONICS, INC. | ) |
| | ) |
| _Defendant(s)_ | ) |

**CV 14 - 3197**

Civil Action No.

**COGAN, J.**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  **CHARLES ELMANN**
2412 Ocean Parkway
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **MAY 22 2014**

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

|  |  |  |
|---|---|---|
| INTEGRITY ELECTRONICS, INC. | ) ) ) ) ) | **CV 14 - 3197** |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| GARDEN STATE DISTRIBUTORS, INC.; G.S.D. MARKETING GROUP, INC.; CHARLES & MIRA ELMANN REALTY LLC; CHARLES ELMANN; MIRA ELMANN; MORRIS ELMANN; SOLLY ELMANN, and DIGITAL WORLD CAMERA & ELECTRONICS, INC. | ) ) ) ) ) ) | **COGAN, J.** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **MIRA ELMANN**
2412 Ocean Parkway
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barry Skidelsky, Esq.
185 East 85th Street
New York, NY 10028
(212) 832-4800
bskidelsky@mindspring.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

**MAY 22 2014**
Date:

*Signature of Clerk or Deputy Clerk*